# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ADAPTIVE AVENUE ASSOCIATES, INC., | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | Case No. 2:23-CV-00389-JRG-RSP |
| GAMESTOP, INC., | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the Agreed Motion to Dismiss Pursuant to Rule 41(a)(2) (the "Motion") filed by Adaptive Avenue Associates, Inc. ("Plaintiff"). (Dkt. No. 13). In the Motion, the Plaintiff moves for an order dismissing the above-captioned case WITH prejudice. (*Id*. at 1). Defendant Gamestop, Inc. ("Defendant") agrees to the relief requested in the Motion. (*Id.* at 2).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 5th day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE